# United States District Court
## for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

RAYCINE SOMMERS, individually and on behalf of all others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 7:22-cv-10572 |
| SOMNIA, INC. and ANESTHESIA SERVICES OF SAN JOAQUIN P.C. | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Irene Chabak, individually and on behalf of all others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 7:22-cv-09341-PMH |
| Somnia, Inc. | |
| Defendant | |

IH-32                                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open   (If so, set forth procedural status and summarize any court rulings.)

The complaint was filed on October 31, 2022. On December 1, 2022, the Court entered a stipulation extending the time by which Defendant Somnia Inc. is required to answer Plaintiff's complaint until February 1, 2023.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases involve one of the same defendants (Somnia, Inc.) and the allegations in both complaints are based on the same alleged conduct at Somnia relating to the July 2022 data breach which affected the plaintiffs in both cases. Each case brings a class action on behalf of victims of the data breach and alleges that Somnia was negligent in its handling of class members' personal information.

Additionally, Judge Halpern has already determined that two other cases filed against Somnia and its business partners stemming from the July 2022 data breach are related to Chabak v. Somnia, Inc. See Polk v. Somnia, Inc., Case No. 7:22-cv-09549-PMH (S.D.N.Y.); Harris v. Somnia, Inc. & Palm Springs Anesthesia Services, P.C., Case No. 7:22-cv-09550-PMH (S.D.N.Y.).

Signature: /s/ Jason L. Lichtman                    Date: 12/14/2022

Firm: Lieff Cabraser Heimann & Bernstein LLP